IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| HOLAVANAHALLI KESHAVA-PRASAD, M.D.; AND H. KESHAVA PRASAD, M.D., PLLC, Petitioners, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE GLORIA STURMAN, DISTRICT JUDGE, Respondents, and LASHAWANDA WATTS; VALLEY HEALTH SYSTEM, LLC, D/B/A DESERT SPRINGS HOSPITAL; ABDUL TARIQ, D.O.; NEUROLOGY CLINICS OF NEVADA LLC; AMIR QURESHI, M.D.; ROE AMIR QURESHI, M.D., EMPLOYER; ALI HAQ, M.D.; ROE ALI HAQ, M.D., EMPLOYER; CHARLES KIM DANISH, D.O.; AND PLATINUM HOSPITALISTS, LLP, Real Parties in Interest. | No. 84910 **FILED** AUG 11 2022 ELIZABETH A. BROWN CLERK OF SUPREME COURT BY_____ DEPUTY CLERK |

*ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order denying a motion to dismiss in a medical malpractice action. Having considered the petition and its documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Walker v. Second Judicial Dist. Court*, 136 Nev. 678, 683, 476 P.3d 1194, 1198 (2020) (declining to grant writ relief when a later appeal was available); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief

22-25201

bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). Generally, we will not consider writ petitions that challenge orders denying motions to dismiss, and we are not persuaded that any exception to the general rule applies here. *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197-98, 179 P.3d 556, 558-59 (2008) (discussing writ petitions challenging denials of motions to dismiss). We therefore

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Silver

_____, Sr.J.
Gibbons

cc:   Hon. Gloria Sturman, District Judge
      Lewis Brisbois Bisgaard & Smith, LLP/Las Vegas
      Greenman Goldberg Raby & Martinez
      Brenske Andreevski & Krametbauer
      John H. Cotton & Associates, Ltd.
      Hall Prangle & Schoonveld, LLC/Las Vegas
      Collinson, Daehnke, Inlow & Greco
      McBride Hall
      Eighth District Court Clerk

---

[1]In light of this, we deny as moot Valley Health System, LLC dba Desert Springs Hospital Medical Center's July 29, 2022, motion for joinder to the writ petition.

The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.